NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>DAVID ORLANDO RUIZ-CARPINTERO, a.k.a. David Hernandez Hernandez, a.k.a. Jose Hernandez Hernandez, a.k.a. David Orlando Ruiz, a.k.a. David Ruiz-Carpintero,<br><br>Defendant-Appellant. | Nos. 17-10372<br>   17-10373<br><br>D.C. Nos. 4:17-cr-00218-RM<br>    2:14-cr-00177-RM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Rosemary Marquez, District Judge, Presiding

Submitted May 15, 2018[**]

Before: SILVERMAN, BEA, and WATFORD, Circuit Judges.

In these consolidated appeals, David Orlando Ruiz-Carpintero appeals his

guilty-plea conviction and 41-month sentence for reentry of a removed alien, in

violation of 8 U.S.C. § 1326, and the revocation of supervised release and

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

concurrent 8-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ruiz-Carpintero's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ruiz-Carpintero the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief in these direct appeals.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**